Benjamin L. Ratliff, Esq.    Bar No. 113708
THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, County of Kings, Mark Sherman, Sandy R. Roper, William R. Zumwalt

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. RUFF,<br><br>   Plaintiff<br><br>vs.<br><br>COUNTY OF KINGS, MARK SHERMAN, SANDY R. ROPER, WILLIAM R. ZUMWALT, and DOES 1-100, et al.<br><br>   Defendants. | CASE NO.  1:05-CV-00631 OWW LJO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO VACATE AND RESCHEDULE PRETRIAL DATES**<br><br>Date:   November 20, 2006<br>Time:   10:00 a.m.<br>Dept:   3 |

On November 20, 2006 at 10:00 a.m., plaintiff's Motion To Vacate And Reschedule The Pretrial Dates in this matter came on regularly for hearing before the Honorable Oliver W. Wanger.  Kevin G. Little appeared on behalf of plaintiff and Benjamin L. Ratliff appeared on behalf of defendants.  After considering the papers filed in support of and in opposition to the motion as well as the arguments of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the motion is granted and the following schedule shall govern the further handing of this action by the parties:

1. All discovery shall be completed by May 1, 2007.

2. The initial disclosure of experts shall be made on March 15, 2007 and rebuttal experts will be disclosed by April 16, 2007.

---

Order Granting Motion to Vacate

3. All Non-Dispositive Motions shall be filed by May 4, 2007 and any hearing regarding same shall be scheduled for June 5, 2007.

4. Dispositive Motions shall be filed by May 29, 2007 and heard on June 25, 2007.

5. The Pretrial Conference shall be scheduled for July 9, 2007 at 11:00 a.m., and trial for August 14, 2007 at 9:00 a.m.


Approved as to form and content.


DATED: March 5, 2007                     LAW OFFICE OF KEVIN G. LITTLE

                                         /w/ Kevin G. Little
                                    By:  _____
                                         Kevin G. Little
                                         Attorneys for Plaintiff


IT IS SO ORDERED.

**Dated:   March 9, 2007**              **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE

---

Order Granting Motion to Vacate                     2