1    KEVIN G. LITTLE, SBN 149818
     ATTORNEY AT LAW
2    2115 Kern Street, Suite 330
     Fresno, California 93721
3    Telephone:  (559) 486-5730
4    Telecopy:  (559) 486-4759
     E-mail: fwllaw@aol.com

5

     Attorney for Plaintiff Daniel Ruff

6

7

8             **IN THE UNITED STATES DISTRICT COURT**

            **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10                            ★ ★ ★

FILED

JUL 0 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

11    DANIEL RUFF,                      )    No.  CV-F-05-0631 OWW SMS

12                 Plaintiff,    )    STIPULATION AND ORDER RE:
                            )    EXTENSION OF CASE DEADLINES,
13    v.                               )    PRETRIAL AND TRIAL DATES

14    COUNTY OF KINGS; MARK SHERMAN; ) 
     SANDY R. ROPER; WILLIAM R. ZUMWALT, )
15    DOES 1-100, et al.,              )

16                Defendants.    )
17    _____ )

18    TO THE HONORABLE COURT:

19          Due to a confluence of circumstances affecting the schedules of plaintiff's counsel and

20    certain key witnesses, as well as the unintended failure to file a prior duly executed stipulation,

21    the parties hereby stipulate that it is further necessary to amend the schedule of the above-

     captioned proceeding. The parties jointly stipulate and propose the following revised schedule:
22

         Discovery cutoff:             From May 1, 2007 to October 31, 2007
23
         Non-dispositive motion filing:    From May 4, 2007 to November 5, 2007
24
         Non-dispositive motion hearing: From September 4, 2007 to December 10, 2007
25
         Dispositive motion filing:      From May 29, 2007 to December 3, 2007
26
         Dispositive motion hearing:    From June 25, 2007 to January 14, 2008
27
         Pretrial conference:         From July 9, 2007 to March 28, 2008, 11:00 a.m.
28
         Trial:                         From August 14, 2007 to May 6, 2008, 9:00 a.m.

STIPULATION AND ORDER RE: EXTENSION OF
CASE DEADLINES, PRETRIAL AND TRIAL DATES

1     In Fresno, California, this 27ᵗʰ day of June 2007.

2                             LAW OFFICE OF KEVIN G. LITTLE

3

                            /s/ Kevin G Little

4                             Kevin G. Little
                            Attorney for Plaintiff Daniel Ruff

5                             WEAKLEY RATLIFF ARENDT & McGUIRE LLP

6

7                             /s/ Benjamin L. Ratliff
                            Benjamin L. Ratliff
8                             Attorneys for Defendants County of Kings,
                            Mark Sherman, Sandy R. Roper, and William Zumwalt

9

10    GOOD CAUSE APPEARING, IT IS SO ORDERED.

11    Dated: 7-3 , 2007

12                             Oliver W. Wanger
                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE: EXTENSION OF
CASE DEADLINES, PRETRIAL AND TRIAL DATES         -2-