Benjamin L. Ratliff, Esq.      Bar No. 113708
Michael R. Linden, Esq.        Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, County of Kings, Mark Sherman,
Sandy R. Roper, William R. Zumwalt

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RUFF, | CASE NO:  1:05-CV-00631 OWW GSA |
| Plaintiffs, | |
| vs. | **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR CONTINUANCE OF HEARING DATE FOR PENDING SUMMARY JUDGMENT MOTION AND FOR RELATED NECESSARY RELIEF** |
| COUNTY OF KINGS; MARK SHERMAN; SANDY R. ROPER; WILLIAM R. ZUMWALT ,DOES 1-100, et al., | |
| Defendants. | |
| _____ | |

    The Ex Parte Application for Continuance of Hearing Date for Pending Summary Judgment Motion, and for Related Necessary Relief of plaintiff DANIEL RUFF (hereinafter "Plaintiff") came for a hearing before The Honorable Oliver W. Wanger on January 4, 2008, at 1:30 p.m. Plaintiff was represented by Kevin G. Little, Esq.  Defendants COUNTY OF KINGS; MARK SHERMAN; SANDY R. ROPER; WILLIAM R. ZUMWALT (collectively hereinafter "Defendants") were represented by Michael R. Linden, Esq., of the Law Firm of Weakley, Ratliff, Arendt, & McGuire, LLP.

///

---

(Proposed) Order Granting Plaintiff's Ex Parte Application for
Continuance of Hearing Date for Pending Summary Judgment
Motion, and for Related Necessary Relief

After full consideration of the moving and opposition papers, as well as oral argument from counsel, and good cause appearing therefore, it is hereby ordered as follows:

Plaintiff's Application is GRANTED.

The following schedule shall govern the further handing of Defendants' pending Motion for Summary Judgment by the parties:

Plaintiff will be allowed to take the depositions of witnesses needed to oppose defendants' motion for summary judgment. Plaintiff's Opposition to said motion is to be filed on or before April 4, 2008. No further extensions of time will be granted.

Defendants' Reply to Plaintiff's Opposition is to be filed on or before April 11, 2008. Should Defendants need additional time to file their Reply, they are to seek relief from the Court prior to the filing date.

The hearing for Defendants' Motion for Summary Judgment will take place on May 5, 2008, at 10:00 a.m., in Courtroom 3.

The current pre-trial and trial dates, pursuant to the operative scheduling order, are hereby vacated. A scheduling conference will take place on May 30, 2008, at 8:15 a.m., in Courtroom 3.

A telephone conference was held before The Honorable Oliver W. Wanger on February 4, 2008, at 3:00 p.m. regarding the specifics of the court's order rendered on January 4, 2008. Plaintiff was represented by Kevin G. Little, Esq. All named defendants were represented by Benjamin L. Ratliff and Michael R. Linden, Esq., of the Law Firm of Weakley, Ratliff, Arendt, & McGuire, LLP.

After having considered the arguments of counsel, it is hereby ordered that the First Amended Complaint (FAC) filed on January 31, 2008 (Court Doc. 57) is stricken. Plaintiff is ordered to file a Motion For Leave To File a FAC on or before February 11, 2008. Defendants' response is due on or before February 22, 2008. No reply shall be filed. The hearing on the motion shall be held on March 3, 2008 at 10:00 a.m. in Courtroom 3.

///

///

///

---

(Proposed) Order Granting Plaintiff's Ex Parte Application for
Continuance of Hearing Date for Pending Summary Judgment
Motion, and for Related Necessary Relief                2

1 | Approved as to form and content.

|   | /s/ Kevin G. Little |
|---|---|
| By: | Kevin G. Little |
|   | Attorney for Plaintiff |

IT IS SO ORDERED.

**Dated:   February 24, 2008**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

---

(Proposed) Order Granting Plaintiff's Ex Parte Application for
Continuance of Hearing Date for Pending Summary Judgment
Motion, and for Related Necessary Relief          3