**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **DANIEL E. RUFF,** | ) | **No. CV-F-05-631 OWW/GSA** |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| | ) | |
| **COUNTY OF KINGS, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

     **The parties are ordered to be prepared to discuss at the August 4 hearing the holding in _Town of Hallie v. City of Eau Claire_, 471 U.S. 34, 47 (1985) that "active state supervision is not a prerequisite to exemption from the antitrust laws where the actor is a municipality rather than a private party."**

IT IS SO ORDERED.

**Dated:   July 29, 2008          _____/s/ Oliver W. Wanger_____**
                              UNITED STATES DISTRICT JUDGE

1