UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL E. RUFF, | ) | 1:05-cv-0631 OWW GSA |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE RE: |
| | ) | STATUS OF KEVIN G. LITTLE |
| v. | ) | AS ATTORNEY OF RECORD |
| | ) | |
| COUNTY OF KINGS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

To Plaintiff and his attorney of record, Kevin G. Little:

Kevin G. Little is ordered to appear on August 25, 2008, at 10:00 a.m. to show cause, if any he has, why he should not be relieved as counsel of record and this case transferred to new attorneys for the Plaintiff.

IT IS SO ORDERED.

Dated:   August 1, 2008               /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE

1