1  Leslie M. Dillahunty, Esq.    Bar No. 195262

2   WEAKLEY, ARENDT & McGUIRE
        1630 East Shaw Avenue, Suite 176
3           Fresno, California  93710
            Telephone: (559) 221-5256
4           Facsimile:  (559) 221-5262

5  Attorneys for Defendants, County of Kings, Mark Sherman, Sandy R. Roper
                    and William R. Zumwalt

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. RUFF,<br><br>    Plaintiff<br><br>vs.<br><br>COUNTY OF KINGS, MARK SHERMAN, SANDY R. ROPER, WILLIAM R. ZUMWALT, and DOES 1-100, et al.<br><br>    Defendants. | CASE NO. 1:05-CV-00631-OWW-GSA<br><br>**ORDER ON DEFENDANTS' EX PARTE APPLICATION FOR CONTINUANCE OF PRE-TRIAL/TRIAL DATES, OR IN THE ALTERNATIVE CONTINUE EXPERT DISCOVERY CUT-OFF DATE**<br><br>Date: March 12, 2009<br>Time: 10:00 a.m.<br>Courtroom: 3<br>The Honorable Oliver Wanger<br><br>Trial Date: May 19, 2009 |

On March 12, 2009, at 10:00 a.m., Defendants' ex parte application for a continuance of the pre-trial/trial dates, or in the alternative continuing the expert discovery cut-off date, came on regularly for hearing in Courtroom 3 before the Honorable Oliver W. Wanger. Kevin G. Little appeared telephonically on behalf of plaintiff, and Leslie M. Dillahunty appeared telephonically on behalf of defendants. After considering the papers filed in support of and in opposition to the application and hearing from counsel for the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the application is granted as it pertains to continuing the expert discovery cut-off date only. The parties will have up to and including April 24, 2009, to

///

///

///

---

complete the discovery only as it pertains to expert witnesses.  All other dates shall remain as previously set. All other discovery remains closed.

Approved as to form and content.

DATED: March 12, 2009					LAW OFFICE OF KEVIN G. LITTLE

							By:	/s/ Kevin G. Little
								Kevin G. Little
								Attorneys for Plaintiff

IT IS SO ORDERED.

**Dated:	March 12, 2009**			      **/s/ Oliver W. Wanger**
							UNITED STATES DISTRICT JUDGE

Order on Defendants' Ex Parte Application				2