Leslie M. Dillahunty, Esq.    Bar No. 195262

WEAKLEY, ARENDT & McGUIRE
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, County of Kings, Mark Sherman, Sandy R. Roper
and William R. Zumwalt

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. RUFF,<br><br>   Plaintiff<br><br>vs.<br><br>COUNTY OF KINGS, MARK SHERMAN, SANDY R. ROPER, WILLIAM R. ZUMWALT, and DOES 1-100, et al.<br><br>   Defendants. | CASE NO.  1:05-CV-00631-OWW-GSA<br><br>ORDER RE: CONTINUED DEPOSITION OF JOHN BETTENCOURT, CPA<br><br>Date: September 10, 2009<br>Time: 5:00 p.m.<br>Courtroom: Three<br>Honorable Oliver W. Wanger<br><br>Trial: September 15, 2009 |

On September 10, 2009, the matter concerning the continued deposition of plaintiff's retained expert, John Bettencourt, CPA, came on regularly for hearing before The Honorable Oliver W. Wanger.  Counsel for all parties appeared telephonically with the plaintiff being represented by Kevin G. Little, Esq.  Defendants County of Kings, Mark Sherman, Sandy R. Roper, William R. Zumwalt were represented by Leslie M. Dillahunty, Esq., of the law firm of Weakley, Arendt, & McGuire, LLP.

After full consideration and hearing from counsel, the court found as follows:

The first day of trial, September 15, 2009, will finish its day at 4:30 p.m.  The continued deposition of John Bettencourt, CPA, subsequently be commenced on September 15, 2009, at

///

///

---

Order re: Continued Deposition of John
Bettencourt, CPA

1  5:00 p.m., at a place agreed upon by the parties.

2  Approved as to form and content.

3

4                                         By:   /s/ Kevin G. Little
                                                Kevin G. Little
                                                Attorney for Plaintiff
5

6

7

8  IT IS SO ORDERED.

9  **Dated:   September 14, 2009**            **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order re: Continued Deposition of John
Bettencourt, CPA                            2