UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Daniel Eugene Ruff,

    Plaintiff,

vs.

County of Kings, Mark Sherman,
Sandy R. Roper, and William Zumwalt

    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:05-cv-631 OWW GSA

JURY VERDICT:  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts.

    Under FRCivP 54(b):

JUDGMENT is entered for the Plaintiff, Daniel Eugene Ruff, and against Defendants William Zumwalt and Sandy R. Roper.

    Plaintiff to recover $140,000.00 from Defendant William Zumwalt.

    Plaintiff to recover $60,000.00 from Defendant Sandy R. Roper.

JUDGMENT is entered for Defendant Mark Sherman and against Daniel Eugene Ruff on all Plaintiff's claims.

JUDGMENT is entered for Defendant County of Kings and against Daniel Eugene Ruff on all Plaintiff's claims for damages.

DATED:  September 24, 2009

                                    VICTORIA C. MINOR, Clerk

                                    /s/ RENEE GAUMNITZ
                                    By: Renee Gaumnitz
                                        Deputy Clerk