KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
6083 N. Figarden Drive, No. 188
Fresno, California 93722
Telephone: (559) 708-4750
E-mail: kevinglittle@yahoo.com

Attorney for Plaintiff Daniel E. Ruff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL E. RUFF,

                Plaintiff,

v.

COUNTY OF KINGS, ETC.,

                Defendants.

Case No.  CV-F-05-0631 OWW GSA

ORDER RE: PLAINTIFF'S MOTION FOR PREJUDGMENT INTEREST

On November 23, 2009, this matter came before the Court on the plaintiff's motion for prejudgment interest (Doc. No. 206).  The Court has considered the submissions and arguments of the parties and has issued a Memorandum Decision Granting in Part and Denying in Part Plaintiff's Motion for Prejudgment Interest (Doc. No. 226).

Consistent with its Memorandum Decision, the Court hereby orders as follows:

1. Plaintiff is entitled to prejudgment interest from August 25, 2004 to November 23, 2009 (1,917 days), less the periods from December 2, 2005 through July 5, 2007 (582 days), and December 17, 2007 through August 4, 2008 (232 days). Therefore, the period of time for which the plaintiff is entitled to prejudgment interest is 1104 days, or, 3 years and 9 days.

---

ORDER RE: PREJUDGMENT INTEREST

2. The Court has ordered that a fluctuating 52 week Treasury Bill interest rate should apply to the above time periods, i.e., the periods from August 25, 2004 to December 1, 2005 (464 days, or 1.27 years), from July 6, 2007 to December 16, 2007 (164 days, or 0.45 years), and August 5, 2008 to November 23, 2009 (476 days, or 1.30 years).

3. Consistent with 28 U.S.C. § 1961(b), interest is computed daily and compounds on a yearly basis. The Treasury Bill interest rates as of August 25, 2004 (1.98%), July 6, 2007 (4.99%) and August 5, 2008 (2.30%) are the applicable rates based on the Court's Memorandum Decision.[1]

4. Based on the time periods of accrual and the applicable interest rates, as set forth above, the accrued prejudgment interest on the $200,000 judgment amount is $15,900.97

IT IS SO ORDERED.

Dated: December 11, 2009          /s/ OLIVER W. WANGER
                                  Oliver W. Wanger
                                  United States District Judge

---

[1] See www.federalreserve.gov/releases/h15/; www.utd.uscourts.gov/documents/judgpage.html.