KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
6083 N. Figarden Drive, No. 188
Fresno, California 93722
Telephone: (559) 708-4750
E-mail: kevinglittle@yahoo.com

Attorney for Plaintiff Daniel E. Ruff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. RUFF,<br><br>                         Plaintiff,<br><br>v.<br><br>COUNTY OF KINGS, ETC.,<br><br>                         Defendants. | Case No.  CV-F-05-0631 OWW GSA<br><br>ORDER RE: PLAINTIFF'S  REQUEST THAT MOTION FOR RECONSIDERATION AND CLARIFICATION BE HEARD ON SHORTENED TIME |

        This matter is before the Court on plaintiff's request that his motion for reconsideration and clarification of the Court's December 18, 2009 Memorandum Decision and Order Denying his motion for declaratory and ancillary relief be heard on shortened time.  Upon consideration of the parties' submissions, the Court finds good cause to order the pending motion to be heard on December 30, 2009 at 10:00 a.m.  Defendant's opposition to be filed by December 28, 2009.  No reply brief to be filed.

IT IS SO ORDERED.

Dated:  December 23, 2009                    /s/ OLIVER W. WANGER
                                             Oliver W. Wanger
                                             United States District Judge