KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
6083 N. Figarden Drive, No. 188
Fresno, California 93722
Telephone: (559) 708-4750
E-mail: kevinglittle@yahoo.com

Attorney for Plaintiff Daniel E. Ruff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. RUFF,<br><br>                Plaintiff,<br><br>v.<br><br>COUNTY OF KINGS, ETC.,<br><br>                Defendants. | Case No.  CV-F-05-0631 OWW GSA<br><br>ORDER RE: PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND BILLS OF COSTS |

The above-entitled matter came before the Court on the plaintiff's motion for an award of attorney's fees under 42 U.S.C. § 1988 and the bills of costs submitted by the plaintiff and by the prevailing defendants, Mark Sherman and the County of Kings.

Upon review and consideration of the parties' written and oral submissions regarding these matters, the Court hereby rules as follows:

1. Plaintiff's motion for attorney's fees is GRANTED;

2. Plaintiff is awarded attorney's fees in the amount of $198,615.00 (662.05 hrs. x $300.00 hr.);

3. Plaintiff's untimely request for an interim award of attorney's fees is denied;

4. Plaintiff's Bill of Costs is taxed at the total amount of $3,198.17, offset by

ORDER RE: MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS

1  $2,210.48 for Defendants County of Kings and Mark Sherman's Bill of Costs, for a total
2  taxable cost to Plaintiff of $967.68.

IT IS SO ORDERED.

**Dated:   April 27, 2010**         **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

ORDER RE: MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS                       -2-