KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
6083 N. Figarden Drive, No. 188
Fresno, California 93722
Telephone: (559) 708-4750
E-mail: kevinglittle@yahoo.com

Attorney for Plaintiff Daniel E. Ruff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL E. RUFF,

                Plaintiff,

v.

COUNTY OF KINGS, ETC.,

                Defendants.

Case No. CV-F-05-0631 OWW GSA

ORDER RE; PLAINTIFF'S MOTION FOR VACATUR OF STAY PENDING APPEAL AND FOR RELEASE OF CASH BOND

        On September 20, 2010, this matter came before the Court on plaintiff Daniel Ruff's motion for a vacatur of the stay pending appeal ordered by this Court on December 21, 2009 (Doc. Nos. 237, 296) and for the release of the $415,502 cash amount deposited with the Court in this matter. (Doc. No. 294) This cash amount was deposited with the Registry of this Court based on the $415,483.65 amount to which the plaintiff is entitled to based on the judgment, attorney's fees, net costs, and prejudgment interest awarded in his favor.

        After consideration of the parties' written and oral arguments, the Court hereby grants the plaintiff's motion and orders as follows:

        1.      Plaintiff is now entitled to the release of $410,483.65 of the cash amount deposited with this Court. The Clerk of the Court shall therefore issue a registry draft for this

---
ORDER

amount, payable to "Kevin G. Little, Attorney at Law, IOLTA Account, and Daniel E. Ruff." The Clerk of the Court shall notify the parties when this draft is available.

2. With respect to the remainder of the funds deposited with this Court, $5,018.35, plus any accrued interest, that amount will continue to be held until the resolution of plaintiff's appeal pending in the Ninth Circuit Court of Appeals, Appeal No. 10-15080. The reason for the Court's holding this amount in reserve is the possibility that the defendants could be entitled to an award of appellate costs in the event that they are the prevailing parties in the aforementioned appeal.

3. It is the responsibility of the parties to notify the Court when the aforementioned appeal is resolved, within 30 days of the date thereof. Upon receiving said notice, the Court will then order the appropriate disposition of the remaining funds.

IT IS SO ORDERED.

Date: September 27, 2010        /s/ OLIVER W. WANGER
                                United States District Judge